HENRIETTA WEINBERGER, as Administratrix of the Estate of Albert Weinberger, Deceased, Appellant, *v.* CYRIL J. C. QUINN et al., as Executors of EARLE BAILIE, Deceased, et al., Respondents, et al., Defendants.

Argued January 6, 1943; decided March 4, 1943.

*Harold L. Fierman, Milton Kunen* and *Theodore G. Weinberger* for appellant.

*Louis Connick* and *Benjamin C. Milner* for Cyril J. C. Quinn et al., as executors, et al., respondents.

*James L. Boone, Russell C. Gay* and *Ralph M. McDermid* for Electric Bond and Share Company, respondent.

*J. Adam Murphy* and *Adrian L. Foley* for United Gas Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.